**Order entered January 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01223-CV

## MICHAEL MORFORD D/B/A NEMAHA WATER SERVICES, ET AL, Appellants

## V.

## ESPOSITO SECURITIES, LLC, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05795**

## ORDER

Before the Court is appellee's January 16, 2015, unopposed second motion for extension of time to file appellee's brief on the merits. In its motion, appellee requests a three-day extension for filing its brief. We **GRANT** appellee's motion and consider its brief received on January 20, 2015, properly before the Court.

/s/     CRAIG STODDART
           JUSTICE